

15000 Midlantic Drive, Suite 200, P.O. Box 5429, Mount Laurel, NJ 08054
(856) 414-6000  Fax  (856) 414-6077
*Sharon Campbell-Suplee, Resident Managing Attorney*

Direct Dial:  (856) 414-6048
Email:  mjbehr@mdwcg.com


May 6, 2026


<u>**VIA ELECTRONIC FILING**</u>

The Hon. Matthew J. Skahill, U.S.M.J.
U.S. DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 2040
4th & Cooper Streets
Camden, NJ  08101

> RE: ***Cartier, Martino v. Township of Washington, et al.***
> C.A. No.:        1:24-cv-09908-RMB-MJS
> Our File No.:    19021.00176

Dear Judge Skahill:

As Your Honor is aware, my office represents Defendants, Township of Washington, Jeanette Naylor, and Albert Morgan, in regard to the above-entitled matter.  Currently there is a Settlement Conference scheduled for May 7, 2026.  I am scheduled for jury duty in the Superior Court of Camden County on May 7th and will not know until possibly after business hours today whether I have to attend and, if my attendance is mandatory, I obviously would not be able to attend the Settlement Conference.  I also cannot send anyone else to the Settlement Conference given the intricacies of the settlement and my personal involvement in negotiations and meeting with Township representatives.

The Parties also have been discussing settlement over the last few weeks and it was looking like we were going to be able to settle this case and as a result I did not write to your Honor previously.  I happy to report that the parties have now settled the monetary aspect of the case.  Most of the non-monetary aspects of the case have also been settled with Your Honor's assistance, but there are still a few minor points to work out.  Plaintiff's counsel, the solicitor, and myself have a call at 1:30 today to further discuss settlement.  Should the parties not able to reach settlement, we will reach out to your Honor for assistance.

As a result, the Parties request that the Settlement Conference be canceled for tomorrow.

WSLEGAL/300045519.1

A PROFESSIONAL CORPORATION  |  PA  NJ  DE  OH  FL  NY  CT  |  www.marshalldennehey.com

The Hon. Matthew J. Skahill, U.S.M.J.
May 6, 2026
Page 2

_____

Thank you for your attention herein.

Respectfully submitted,

*/s/ Matthew J. Behr*

MATTHEW J. BEHR


MJB/pay

cc:      Samuel B. Fineman, Esq. *(via e-filing)*

WSLEGAL/300045519.1